IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CORNERSTONE CIVIL CONTRACTORS, LLC, )<br>EDMUND COLGROVE, )<br>ALABAMA TRUCK & EQUIPMENT, LLC, )<br>)<br>    Defendants. ) | Civil Action No. 7:17-cv-646-TMP |

### JOINT STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, Pennsylvania National Mutual Casualty Insurance Company, and the Defendants and hereby stipulate that this action may be dismissed with prejudice, with costs be taxed as paid.

Respectfully submitted,

SIMPSON, McMAHAN,
GLICK & BURFORD, PLLC

_/s/ Howard Glick_
Howard K. Glick        ASB-1176-K64H
Attorneys for Pennsylvania National
Mutual Casualty Insurance Company

OF COUNSEL:
SIMPSON, McMAHAN, GLICK & BURFORD, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203W
Birmingham, AL 35223-2468
Phone:        205.876.1600
Email:        hkglick@smgblawyers.com
              dsweber@smgblawyers.com

1

/s/ Gerald G. "Coe" Baxter
Gerald G. "Coe" Baxter
Prince Glover & Hayes
701 Rice Mine Road North
Tuscaloosa, Alabama 35487
cbaxter@princelaw.net

2

/s/ Christopher L. McIlwain

Christopher L. McIlwain
Hubbard, McIlwain
808 Lurleen Wallace Blvd., North
Tuscaloosa, AL 35401
cmcilwain@hubbardfirm.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORNERSTONE CIVIL )<br>CONTRACTORS, LLC, )<br>EDMUND COLGROVE, )<br>ALABAMA TRUCK & EQUIPMENT, LLC, )<br>)<br>Defendants. ) | Civil Action No. 7:17-cv-646-TMP |

## ORDER OF DISMISSAL

THIS CAUSE coming on the stipulation of dismissal filed by the plaintiffs and the defendants, and the Court, having considered the stipulation, finds that the complaint is due to be dismissed, and it is therefore,

ORDERED, that this case is hereby dismissed with prejudice against the defendants, and it is further,

ORDERED that the parties shall pay their own court costs.

ORDERED this the _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

4