IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO., | ) ) ) ) | |
| Plaintiff, | ) ) | 7:17-cv-00646-LSC |
| vs. | ) ) | |
| CORNERSTONE CIVIL CONTRACTORS, et al., | ) ) ) | |
| Defendants. | | |

### Order

This Court acknowledges receipt of the parties' Joint Stipulation for Dismissal (doc. 22) filed on December 14, 2017. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** AND **ORDERED** ON DECEMBER 15, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485